

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00131-CV

CITY OF FORT WORTH, Appellant § On Appeal from the 342nd District Court

§ of Tarrant County (342-292450-17)

V.

§ January 23, 2020

SHEA O'NEILL, Appellee § Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's order. It is ordered that the trial court's order is affirmed in part and reversed and remanded in part. We reverse that portion of the trial court's order granting Appellee Shea O'Neill's plea to the jurisdiction on Appellant City of Fort Worth's procured-by-unlawful-means claim and remand that claim to the trial court for further proceedings. We affirm the remainder of the trial court's order.

It is further ordered that each party shall bear its own costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
      Justice Elizabeth Kerr